UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY LIN, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

CRAIN COMMUNICATIONS INC.,

    Defendant.
_____/

Case No. 19-11889
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

## ORDER SATISFYING SHOW CAUSE

After reviewing the complaint, the Court was not satisfied that complete diversity existed between Plaintiff and Defendant. The Court ordered Plaintiff to show cause that diversity jurisdiction exists. Specifically, the Court required information regarding Defendant's state of incorporation and principal place of business.

On July 12, 2019, Plaintiff submitted a satisfactory response to the Court's Order. Accordingly, the Court finds that complete diversity exists.

**IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 25, 2019