# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GARY LIN, STEVE CRAWFORD, and
FORREST SCHUCK individually and on
behalf of all others similarly situated,

      Plaintiffs,

vs.

CRAIN COMMUNICATIONS, INC.,

      Defendant.
_____/

Case No. 19-cv-11889
Hon. Victoria A. Roberts

HEDIN HALL LLP
Frank S. Hedin
David W. Hall
1395 Brickell Ave., Suite 900
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinhall.com
dhall@hedinhall.com

BURSOR & FISHER, P.A.
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Ave.
New York, NY 10019
Tel: (646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

BARBAT, MANSOUR & SUCIU PLLC
Nick Suciu III (P72052)
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Tel: (313) 303-3472
nicksuciu@bmslawyers.com

*Attorneys for Plaintiffs*

HONIGMAN LLP
J. Michael Huget (P39150)
Jeffrey K. Lamb (P76738)
Robert M. Riley (P72290)
Jad Sheikali (IL Bar 6324641)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226-3506
Tel: (313) 465-7000
mhuget@honigman.com
jlamb@honigman.com
rriley@honigman.com
jsheikali@honigman.com

*Attorneys for Crain Communications, Inc.*

_____/

# STIPULATED ORDER REGARDING DISCOVERY DISPUTES AND SCHEDULE

This matter is before the Court on the Stipulation of Plaintiffs and Defendant.

On December 1, 2020, the Court held a status conference, which resolved a number of discovery disputes;

Accordingly, the Court orders:

1.  Plaintiffs' motion to compel production of documents responsive to Request for Production No. 2 is GRANTED.  Defendant must produce all contracts and other agreements entered into between it and any other entity, including but not limited to data mining, data aggregation, data cooperative, marketing and publishing companies, including but not limited to Specialists Marketing Services, Inc., Acxiom Corporation, Experian Marketing Solutions, Inc., Wiland, Inc., Epsilon Data Management, LLC d/b/a Abacus Alliance, Dataline, Inc., Dunn Data Company, Direct Access Marketing Services, i-Behavior, Inc., Blue Hill Marketing Solutions d/b/a LiftEngine, and NextAction Cooperative, that pertain to the transmission of *Autoweek* magazine subscriber data during the time period of June 25, 2016 and July 30, 2016.

2.  Plaintiffs' motion to compel a response to Interrogatory No. 5 is GRANTED.  Defendant must identify all entities to which it transmitted *Autoweek* magazine subscriber data during the time period June 25, 2016 to July 30, 2016.

    3.    Plaintiffs' motion to compel production of litigation holds in response to Request for Production No. 20 is DENIED.

    4.    Defendant's motion for a protective order is GRANTED IN PART and DENIED IN PART. Specifically:

    (a)    Defendant must designate a representative to testify regarding Topics 4-12, but only as they pertain to the transmission or receipt of *Autoweek* magazine subscriber data during the time period of June 25, 2016 to July 30, 2016.

    (b)    Defendant must designate a representative to testify regarding Topics 13-15, to the extent those Topics relate to any enrollment by Plaintiffs in an *Autoweek* magazine subscription covering the time period June 25, 2016 to July 30, 2016, and to the extent information concerning past *Autoweek* subscriptions may have been disclosed during the time period June 25, 2016 to July 30, 2016, as reflected by records and information available to Crain.

    (c)    Defendant must designate a representative to testify regarding Topic 21, but only to the extent the underlying interrogatories relate to the claims of the individual named plaintiffs, with respect to *Autoweek* magazine, from the time period of June 25, 2016 to July 30, 2016.

    (d)    Defendant must designate a representative to testify regarding Topics 23-25, but only to the extent those Topics relate to nonprivileged communications, including communications with third parties regarding preservation obligations, if any, and only to the extent those Topics relate to

documents and information concerning *Autoweek* magazine and the time period June 25, 2016 to July 30, 2016.

5. Defendant must make its supplemental document production on or before January 5, 2021.

6. The deadline to complete Phase I discovery is extended through the close of business January 29, 2021.


Date: 12/29/2020          s/ Victoria A. Roberts
                          HON. VICTORIA A. ROBERTS
                          U.S. DISTRICT COURT JUDGE

STIPULATED:

| /s/ Philip L. Fraietta | /s/ Jeffrey K. Lamb |
|---|---|
| Joseph I. Marchese | J. Michael Huget |
| Philip L. Fraietta | Jeffrey K. Lamb |
| Frank S. Hedin | Robert M. Riley |
| Nick Suciu III | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |