UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gary Lin, et al.,

    Plaintiffs,

v.                                           Case No. 19-11889
                                              Honorable Victoria A. Roberts

Crain Communications, Inc.,

    Defendant.
_____/

## ORDER OF DISMISSAL

The parties filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 52)

**IT IS ORDERED** that this matter is dismissed without prejudice.

                                              s/ Victoria A. Roberts
                                              Victoria A. Roberts
                                              United State District Judge

Dated: 4/7/2021